■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. JOHNSON, Appellant. [733 NYS2d 639] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered August 16, 2000, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to the crime of attempted criminal sale of a controlled substance in the third degree in satisfaction of a three-count indictment. He was sentenced as a second felony offender to an indeterminate prison term of 3½ to 7 years. Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no non-frivolous issues that can be raised on appeal. Upon our review of the record, defense counsel's brief and defendant's *pro se* submission, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty and was sentenced in accordance with the plea agreement. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Espino*, 279 AD2d 798; *People v Cruwys*, 113 AD2d 979, 980, *lv denied* 67 NY2d 650).

Mercure, J. P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.